IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY SHANE

    Plaintiff,

vs.                                          Civil Action No.: 06-1342
                                              Judge AMBROSE

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

NOW this 20th day of June, 2007, it is hereby

ORDERED that the above titled matter is DISMISSED.

*Donetta F. Ambrose*
US District Judge